| JS-6 | UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | Priority ____<br>Send ____<br>Enter ____<br>Closed ____<br>JS-5/JS-6 ____<br>Scan Only ____ |
|---|---|---|

**CIVIL MINUTES - GENERAL**

**CASE NO.:** CV 15-04875 SJO (AJWx)    **DATE:** October 29, 2015

**TITLE:** Madau v. Natural Balance Pet Foods, Inc.

========================================================================

**PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE**

Victor Paul Cruz                                     Not Present
Courtroom Clerk                                      Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF:**          **COUNSEL PRESENT FOR DEFENDANTS:**

Not Present                                          Not Present

========================================================================

**PROCEEDINGS (in chambers): FINAL JUDGMENT**

The court, having on October 8, 2015 entered an order granting in part and denying in part defendant Natural Balance Pet Foods, Inc.'s motion to dismiss plaintiff Michelle Madau's complaint with leave to amend, plaintiff Michelle Madau having filed a Notice of Intent Not to File Amended Complaint, it is hereby ordered, adjudged and decreed as follows: The court has now resolved all claims as to all parties, and there being no remaining claims before the court, the court hereby enters final judgment pursuant to Rule 54 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: October 29, 2015

                                                     *S. James Otero*
                                                     _____
                                                     Hon. S. James Otero
                                                     United States District Judge